**Order filed March 17, 2016**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-16-00071-CV
———————

### IN THE INTEREST OF A.W.G. JR., A CHILD, Appellant

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2014-06727J**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Respondent's Father Exhibit 1, a parenting certificate and Exhibit 2, paycheck stubs.**

The clerk of the 314th District Court is directed to deliver to the Clerk of this court the original of Respondent's Father Exhibit 1, a parenting certificate and Exhibit 2, paycheck stubs, on or before **5 days.** The Clerk of this court is directed

to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Respondent's Father Exhibit 1, a parenting certificate and Exhibit 2, paycheck stubs, to the clerk of the 314th District Court.


PER CURIAM